IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00349-MSK-CBS

CAREY BRADING,

     Plaintiff,

v.

KEN CARYL RANCH METROPOLITAN DISTRICT,

     Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Joint Motion for Dismissal With

Prejudice (Motion) **(#45)** filed June 30, 2014.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted by Plaintiff

against Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own

attorney's fees and costs.

DATED this 1st day of July, 2014.

                                    **BY THE COURT:**

                                   *Marcia S. Krieger*

                                   Marcia S. Krieger
                                   United States District Court